## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

LEIGH A. BEAUCHAMP,

                    Plaintiff,                    Case No. 2:20-cv-12945

         v.                                       Hon. Bernard A. Friedman

PROQUEST, LLC,

                    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
## AND WITHOUT ATTORNEY'S FEES AND COSTS TO ANY PARTY

This matter having come before the Court on the stipulation of the parties, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs and attorney's fees to any party.

This Order resolves the last pending claims in this case and closes the case.

**IT IS SO ORDERED:**

                                              s/Bernard A. Friedman
Dated:  July 23, 2021                         Bernard A. Friedman
Detroit, Michigan                             Senior United States District Judge

**Stipulated and Approved for Entry:**

/s/ Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Deborah Gordon Law
*Attorneys for Plaintiff*
33 Bloomfield Hills Pkwy, Ste. 220
Bloomfield Hills, MI  48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com

/s/ Cameron J. Evans (P47276)
Evans Law Group, P.C.
*Attorneys for Defendant*
950 W. University Dr., Ste. 200
Rochester, MI  48307
(248) 468-1665
cevans@evanslawgrp.com